UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF INDIO, A PUBLIC ENTITY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PETER SOLOMON, et al.<br><br>　　　　Defendants.<br>_____<br>BOND SAFEGUARD INSURANCE CO.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL DEPOSIT INSURANCE CORP., et al.<br><br>　　　　Defendants.<br>_____ | Case No. EDCV 11-01982-VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Bond Safeguard Insurance Company's First Amended Cross-Complaint against Cross-Defendants U.S. Bank, N.A., and Federal Deposit Insurance

1  Corporation, as receiver of PFF Bank & Trust, is
2  DISMISSED WITH PREJUDICE.  The Court orders that such
3  judgment be entered.

Dated: May 10, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge