UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF INDIO, A PUBLIC ENTITY,<br><br>           Plaintiff,<br><br>  v.<br><br>PETER SOLOMON, et al.<br><br>           Defendants.<br>_____<br>BOND SAFEGUARD INSURANCE CO.,<br><br>           Plaintiff,<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORP., et al.<br><br>           Defendants.<br>_____ | Case No. EDCV 11-01982-VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Bond Safeguard Insurance Company's First Amended Cross-Complaint against Cross-Defendants U.S. Bank, N.A., and Federal Deposit Insurance

1  Corporation, as receiver of PFF Bank & Trust, is
2  DISMISSED WITH PREJUDICE.  The Court orders that such
3  judgment be entered.
4
5
6  Dated:  May 10, 2012                    /s/ Virginia A. Phillips
                                            VIRGINIA A. PHILLIPS
7                                           United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2