UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF INDIO, A PUBLIC ENTITY,<br><br>        Plaintiff,<br><br>  v.<br><br>PETER SOLOMON, et al.,<br><br>        Defendants. | Case No. EDCV 11-01982-VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to this Court's July 24, 2012 Minute Order (Doc. No. 89), IT IS ORDERED AND ADJUDGED that the claims alleged by Peter Solomon and Bond Safeguard Insurance Company against GID Espana, LLC, are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: September 5, 2012

                                                      /s/ Virginia A. Phillips<br>
                                                  VIRGINIA A. PHILLIPS<br>
                                                  United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28