1

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| CITY OF INDIO, a public entity, | ) | CASE NO.  5:11-cv-01982-VAP(OPx) |
| | ) | |
| Plaintiff, | ) | [*Assigned to Hon. Virginia A. Phillips*] |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| PETER D. SOLOMON, an individual, | ) | |
| *et al*. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| AND RELATED CROSS-ACTIONS. | ) | |
| | ) | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to this Court's September 12, 2012 Minute Order granting cross-defendant U.S. Bank, N.A.'s ("U.S. Bank") motion to dismiss (Doc. No. 116), IT IS ORDERED AND ADJUDGED that on the cross-complaint by Peter Solomon, judgment is IN FAVOR of U.S. Bank and against Peter Solomon.

Pursuant to this Court's November 1, 2012 Minute Order granting U.S. Bank's Motion for attorneys' fees and costs pursuant to California Civil Code section 1717 (Doc. No. 132), IT IS ORDERED AND ADJUDGED that Peter Solomon is liable to U.S. Bank for attorneys' fees in the amount of $191,170.52 and costs in the amount of $579.65, totaling $191,750.17.

The Court orders that such judgment be entered.

Dated: November 16, 2012

VIRGINIA A. PHILLIPS
United States District Judge

1